# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HEALY, | No. 2:19-CV-2052-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SHAGUFTA YASMEEN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2020, the Court directed plaintiff to file an amended complaint within 30 days. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. More than 30 days have elapsed and plaintiff has not complied.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Based on the foregoing, the undersigned recommends that this action be dismissed,
2 | without prejudice, for lack of prosecution and failure to comply with court rules and orders.
3 | These findings and recommendations are submitted to the United States District
4 | Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
5 | after being served with these findings and recommendations, any party may file written
6 | objections with the court.  Responses to objections shall be filed within 14 days after service of
7 | objections.  Failure to file objections within the specified time may waive the right to appeal.  See
8 | Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 31, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE