**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HEALY,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAGUFTA YASMEEN, et al.,<br><br>    Defendants. | No. 2:19-CV-2052-WBS-DMC-P<br><br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On September 14, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 14, 2020, are adopted in full;

2. This action shall proceed on Plaintiff's Eighth Amendment claims for medical indifference against Defendants Yasmeen, Naseer, and Williams, as specified in the Court's June 15, 2020, order; and

3. All other claims and defendants are dismissed.

Dated: October 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE