IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HEALY,** | Case No. 2:19-CV-2052 WBS DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **S. YASMEEN, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' motion for an extension of time to file dispositive motions in this action, and good cause appearing:

IT IS ORDERED: Dispositive motions shall be filed no later than October 4, 2021.

Dated: June 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE