**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HEALY,<br><br>            Plaintiff,<br><br>     v.<br><br>SHAGUFTA YASMEEN, et al.,<br><br>            Defendants. | No. 2:19-CV-2052-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 40, for reconsideration of the Magistrate Judge's June 23, 2021, order.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The June 23, 2021, order is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration, ECF No. 40, is denied;

2. The Magistrate Judge's June 23, 2021, order is affirmed; and

3. No further motions for reconsideration of this order will be considered.

Dated: September 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE