**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HEALY, | No. 2:19-CV-2052-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SHAGUFTA YASMEEN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 8, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 8, 2022, are adopted in full;

    2. Defendants' motion for summary judgment, ECF No. 48, is granted in part and denied in part;

    3. Plaintiff's photophobia claim is dismissed;

    4. Plaintiff's ambulance claim is dismissed;

    5. Plaintiff's gadolinium claim is dismissed;

    6. All other claims (Plaintiff's right foot and ankle, spine, leg wounds, shoulder, and bedside commode claims) shall continue forward; and

    7. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this Order.

Dated: September 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE