1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11   JEFF HEALY,                              No.  2:19-CV-2052-WBS-DMC-P

12              Plaintiff,

13        v.                                  <u>ORDER</u>

14   SHAGUFTA YASMEEN, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 57, for an order

19   reassigning this matter to the undersigned for all purposes as the presiding judge.  Plaintiff's

20   motion will be denied because a review of the docket reflects that not all parties have filed the

21   form indicating their consent to Magistrate Judge jurisdiction.

22          The parties are informed that they may, if all consent in writing, have this case

23   assigned to the United States Magistrate Judge for all purposes while preserving their right to

24   appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or,

25   where appropriate, to the United States Court of Appeals for the Federal Circuit.  <u>See</u> 28 U.S.C.

26   § 636(c)(1), (3); <u>see also</u> Fed. R. Civ. P. 73(b)(1); E.D. Cal. Local Rule 305(a), (c).  The parties

27   are advised that they are free to withhold consent and that doing so shall not result in any adverse

28   consequences.  <u>See</u> § 636(c)(2).  If all parties consent to Magistrate Judge jurisdiction, the action

1

1  will be reassigned to the undersigned for all purposes, including entry of final judgment.  <u>See</u>

2  Local Rule 301 and Local Rule 305(b).

3         A review of the record reflects that all parties to this action have not yet filed a

4  written election regarding consent to the exercise of full jurisdiction by the Magistrate Judge.

5  The Clerk of the Court will be directed to provide the parties with the appropriate form which the

6  parties shall then complete if they have not already done so, indicating either consent or non-

7  consent as they may choose, and file with the Court.

8         Accordingly, IT IS HEREBY ORDERED that:

9         1.      The Clerk of the Court is directed to forward to all parties the court's

10  consent notice and form; and

11         2.      If they have not already done so, the parties shall complete and file the

12  consent election form within 30 days of the date of this order.

13         3.      Plaintiff's motion, ECF No. 57, is denied.

14

15  Dated:  September 18, 2024

16  _____
    DENNIS M. COTA

17  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2