IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HEALY,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAGUFTA YASMEEN, et al.,<br><br>    Defendants. | No. 2:19-CV-2052-DMC-P<br><br>ORDER APPOINTING COUNSEL |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a Motion to Appoint Counsel. See ECF No. 75. The Court finds the appointment of counsel for Plaintiff warranted and will grant Plaintiff's motion. Diana Chang has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed. The Court will by separate order set a date for a status and trial-setting conference.

 In the meantime, the Court will deny Plaintiff's pending pro se motions in limine, ECF Nos. 69 and 76, without prejudice to re-filing through appointed counsel at a later date consistent with any deadlines the Court may set at the status and trial-setting conference.

///

///

///

1

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Appoint Counsel, ECF No. 75, is GRANTED.
2. Diana Chang is appointed as Plaintiff's counsel in the above titled matter.
3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. Plaintiff's pro se motions in limine, ECF Nos. 69 and 76, are DENIED without prejudice.
5. The Clerk of the Court is directed to serve a copy of this order on Diana Chang, Shook Hardy & Bacon LLP, 5 Park Plz, Suite 1600, Irvine, CA 92614.

Dated: July 14, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE