IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HEALY, | No. 2:19-CV-2052-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SHAGUFTA YASMEEN, et al., | |
| Defendants. | |

       Plaintiff, a prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is hereby set for a status and trial-setting conference before the undersigned on September 10, 2025, at 10:00 a.m., via Zoom.  The Court will provide counsel with connection information separately.  The purpose of the conference is to discuss the status of the case in light of the recent appointment of counsel to represent Plaintiff through trial and final judgment.  While the parties are not required to file any statements prior to the conference, counsel should meet and confer in advance of the conference and be prepared to discuss the following: (1) a timeline for submission of any further pre-trial motions, (2) a timeline

/ / /

/ / /

/ / /

/ / /

1

1  for submission of updated pre-trial statements, (3) setting the matter for a pre-trial
2  conference, and (4) setting the matter for a trial.
3       IT IS SO ORDERED.
4
5  Dated:  July 17, 2025
6  _____
   DENNIS M. COTA
7     UNITED STATES MAGISTRATE JUDGE