

# United States District Court
# Eastern District of California

| Jeff Healy |
|---|
Plaintiff(s)

Case Number: 2:19-CV-2052-DMC-P

V.

| Shagufta Yasmeen, et al., |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael L. Harrison hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Jeff Healy

On 11/06/2014 (date), I was admitted to practice and presently in good standing in the State Bar of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/22 2025     Signature of Applicant: /s/ Michael L. Harrison

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael L. Harrison |
| Law Firm Name: | Shook Hardy & Bacon L.L.P. |
| Address: | 600 Travis St. |
| | Suite 3400 |
| City: | Houston   State: TX   Zip: 77002 |
| Phone Number w/Area Code: | (713) 227-8008 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | mlharrison@shb.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Diana Chang |
| Law Firm Name: | Shook Hardy & Bacon L.L.P. |
| Address: | 5 Park Plaza |
| | Suite 1600 |
| City: | Irvine   State: CA   Zip: 92614 |
| Phone Number w/Area Code: | (949) 475-1500   Bar #: 319714 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7.28.2025

JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 22, 2025

Re: Michael Lee Harrison, State Bar Number 24092491

To Whom It May Concern:

This is to certify that Michael Lee Harrison was licensed to practice law in Texas on November 06, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

