**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HEALY, | No.  2:19-CV-2052-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SHAGUFTA YASMEEN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On September 22, 2025, the Court issued a final schedule for this litigation.  See ECF No. 88.  Under this order, the following deadlines are in place: (1) December 19, 2025 – deadline for completion of non-expert discovery which was re-opened for the limited purpose of taking Defendants' depositions; (2) January 16, 2026 – deadline to exchange initial expert witness designations; (3) February 13, 2026 – deadline to exchange rebuttal expert witness designations; (4) March 31, 2026 – deadline for completion of expert discovery; (5) May 18, 2026 – deadline for filing motions in limine; (6) May 26, 2026 – deadline for filing joint pre-trial statement and opposition to motions in limine; (7) June 1, 2026 – final pre-trial conference in Sacramento, California, Courtroom 10, and deadline for filing joint proposed jury instructions, propose jury verdict forms, proposed voir dire, and proposed statement of the case; (8) August 3, 2026 –

commencement of seven-day jury trial in Sacramento, California, Courtroom 10.  See id.  On January 7, 2026, the parties filed a joint stipulation to modify this schedule.  See ECF No. 89. Good cause appearing therefor, the Court will approve the parties' stipulation as to some of the dates set forth in the September 22, 2025, order, and will set a status conference to discuss the appropriateness of modification of the remaining dates.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    The parties' stipulation, ECF No. 89, is approved in part as follows:

a.    Deadline for initial exchange of expert witness designations is extended from January 16, 2026, to February 16, 2026.

b.    Deadline for exchange of rebuttal expert witness designations is extended from February 13, 2026, to March 16, 2026.

c.    Deadline for completion of expert discovery is extended from March 31 ,2026, to April 30, 2026.

2.    All other dates and deadlines set forth in the September 22, 2025, scheduling order remain in effect pending further order of this Court.

3.    This matter is set for a status conference before the undersigned via Zoom on January 28, 2026, at 10:00 a.m., with trial counsel directed to appear remotely via Zoom, at which time the Court will discuss with the parties whether further modification of the September 22, 2025, scheduling order is warranted. Counsel will be advised separately of the Zoom link for the scheduled hearing.

Dated:  January 12, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2