IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HEALY,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SHAGUFTA YASMEEN, et al.,**<br><br>Defendants. | Case No. 2:19-cv-2052-ICD-P<br><br>**ORDER** |

Good causing appearing, Defendants' Unopposed Motion for Administrative Relief to Continue the Status Conference is **GRANTED**. The September 17, 2026, Status Conference is now **VACATED**. The Court will issue a separate order setting a new date for the Status Conference.

Dated: September 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE