ROB BONTA, State Bar No. 202668
Attorney General of California
LYNDSAY CRENSHAW, State Bar No. 246743
Supervising Deputy Attorney General
JIAYE ZHOU, State Bar No. 351483
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9694
Fax: (916) 732-7920
E-mail: jiaye.zhou@doj.ca.gov
*Attorneys for Defendants*
*Yasmeen, Williams, and Naseer*

SHOOK HARDY & BACON LLP
Diana A. Chang (CA State Bar No. 319714)
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949.975.1759
Email: dchang@shb.com
*Attorneys for Plaintiff Jeff Healy*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFF HEALY,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SHAGUFTA YASMEEN, et al.,**<br><br>Defendants. | 2:19-cv-2052-ICD-P<br><br>**JOINT STIPULATION REGARDING FACTUAL DISCOVERY AND ORDER**<br><br>Judge: The Honorable Ila C. Deiss<br>Trial Date: Not set<br>Action Filed: October 15, 2019 |

Pursuant to the Court's Order (Dkt. No. 96), Plaintiff Jeff Healy and Defendants Dr. S. Yasmeen, Dr. S. Naseer, and Dr. G. Williams, by and through their counsel, hereby stipulate to a limited scope of reopening factual discovery. More specifically, the parties have agreed that Plaintiff may propound a Request for Production of Documents seeking the following:

1. Plaintiff's updated medical records from October 14, 2024, to present;

2. The California Correctional Health Care System's policies and guidelines from 2015-2019, including:
   a. Policy setting a 14-day response period for a PCP follow-up after a CDCR Form 7362 request is submitted;
   b. Documentation, including correspondence with, notes, or meeting minutes, from the Pain Management Committee related to the decision to taper Plaintiff off methadone;
   c. Chronic care or chronic condition guidelines related to neck and back pain, chronic shoulder pain, and chronic leg wounds;
   d. Guidelines used by Utilization Management nurses to determine whether treatment, such as an MRI or a specialist referral, is approved or denied;
   e. CHCF training for correctional physicians related to medical care in the correctional environment and institutional expectations;
   f. Documentation, including correspondence with, notes, or meeting minutes from, the Reasonable Accommodation Panel related to the denial of Plaintiff's request for a bedside commode; and
   g. Pain Management guidelines.

The parties further agree that Defendants will have 45 days to respond to and produce any responsive documents to these Request for Production of Documents.

**IT IS SO STIPULATED.**

Dated: November 13, 2026

Respectfully submitted,

Rob Bonta
Attorney General of California
Lyndsay Crenshaw
Supervising Deputy Attorney General

***/s/ Jiaye Zhou***

Jiaye Zhou
Deputy Attorney General
*Attorneys for Defendants*
*Yasmeen, Williams, and Naseer*

Dated: November 13, 2026

Respectfully submitted,

Shook, Hardy, & Bacon, LLP

***/s/ Diana A. Chang (as authorized on November 13, 2026)***

SHOOK HARDY & BACON LLP
Diana A. Chang (CA State Bar No. 319714)
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949.975.1759
Email: dchang@shb.com
*Attorneys for Plaintiff Jeff Healy*

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: November 17, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE